**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-07887 | MGW | Judge: | Michael G. Williamson | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Posto 9 Lakeland, LLC | | | | Date Filed (f) or Converted (c): | 05/11/2018 (c) |
| | Posto 9 Properties, LLC | | | | 341(a) Meeting Date: | 06/12/2018 |
| For Period Ending: | 03/31/2020 | | | | Claims Bar Date: | 07/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking - Citizen's Bank and Trust | 0.00 | 0.00 | | 0.00 | FA |
| 2. Checking - CenterState Bank | 0.00 | 0.00 | | 0.00 | FA |
| 3. DEPOSIT - Security w/ Lakeland Electrice | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 4. Account Receivbles | 12,293.74 | 12,293.74 | | 0.00 | FA |
| 5. Inventory (see attached list) | 5,199.96 | 5,199.96 | | 0.00 | FA |
| 6. Inventory #2 (see attached list of beverage control) | 27,148.94 | 27,148.94 | | 0.00 | FA |
| 7. BOOK Value | 39,105.60 | 39,105.60 | | 0.00 | FA |
| 8. Office Equipment | 16,649.65 | 16,649.65 | | 0.00 | FA |
| 9. Other machinery; fixtures and equipment | 3,127.61 | 3,127.61 | | 0.00 | FA |
| 10. 5 - 4500 Lumen projectors, 5 chief projector etc. | 89,750.00 | 89,750.00 | | 0.00 | FA |
| 11. 3 Sous Vide cooker, food packing machine, etc | 43,346.00 | 43,346.00 | | 0.00 | FA |
| 12. Sandwich/Salad prepartion refrigerators, food etc. | 357,965.00 | 357,965.00 | | 0.00 | FA |
| 13. Website | 0.00 | Unknown | | 0.00 | FA |
| 14. Licenses, franchises, and royalties - Liquor License | 515.00 | 515.00 | | 0.00 | FA |
| 15. CUSTomer mailing list | 0.00 | Unknown | | 0.00 | FA |
| 16. Chairs, cooler/freezer, dinnerwae - Portuguese, events etc. | 464,893.35 | 464,893.35 | | 0.00 | FA |
| 17. 70 Side chairs, 35 tub arm chairs, 15 bar stools | 41,987.00 | 41,987.00 | | 0.00 | FA |
| 18. Walk in cooler / freezer, Lucaya armless chair and etc. | 53,994.00 | 53,994.00 | | 0.00 | FA |
| 19. Millwork - bars/tables, granite, interior decoration - barn | 88,585.26 | 88,585.26 | | 0.00 | FA |
| 20. Fraudlent Transfer Knight Capital Funding, III, LLC (u) 11/9/19 Order Granting Motion to Approve Compromise or Settlement with Chapter 7 Trustee and Knight Capital Funding III, LLC | 0.00 | 0.00 | | 15,795.44 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-07887 | MGW | Judge: | Michael G. Williamson | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Posto 9 Lakeland, LLC | | | | Date Filed (f) or Converted (c): | 05/11/2018 (c) |
| | Posto 9 Properties, LLC | | | | 341(a) Meeting Date: | 06/12/2018 |
| For Period Ending: | 03/31/2020 | | | | Claims Bar Date: | 07/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. Fraudulent Transfer Fora Financial Advance, LLC (u) | 0.00 | 0.00 | | 7,500.00 | FA |
| 11/6/19 Order Granting Motion to Approve Compromise or Settlement with Chapter 7 Trustee and FORA Financial Advance LLC | | | | | |
| 22. Hyman v. Quick Bridge Funding, LLC 8:19-ap-00455-MGW (u) | 0.00 | 0.00 | | 3,000.00 | FA |
| 9/6/19 Complaint by Larry Hyman against Quick Bridge Funding, LLC | | | | | |
| 1/28/2020 Agreed to $3K settlement | | | | | |
| 2/19/2020 Motion to Approve Compromise of Controversy or Settlement Agreement. | | | | | |
| 3/17/2020 Order Granting Motion to Approve Compromise or Settlement | | | | | |
| 23. Hyman v. Capital Advance Services, LLC 8:19-ap-00456-MGW (u) | 0.00 | 0.00 | | 1,500.00 | FA |
| 9/6/19 Complaint by Larry Hyman against Capital Advance Services, LLC | | | | | |
| 11/11/19 Motion to Approve Compromise of Controversy or Settlement Agreement | | | | | |
| 1/30/2020 Order Granting Motion to Approve Compromise or Settlement | | | | | |
| 24. Insurance Refund (u) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 25. Real Property/215 E. Main St., Lakeland FL 33801 | 2,390,000.00 | 2,390,000.00 | | 0.00 | FA |
| 26. Potential Claim For Rents | 29,000.00 | 29,000.00 | | 0.00 | FA |
| From Posto 9 Lakeland LLC | | | | | |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $3,668,561.11 | $3,668,561.11 | $27,795.44 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

5/11/18  Tel. conf C. George, atty for Center State Bank secured creditor re: 363 sale.

5/18/18  Email C. George, atty for Center State Bank secured creditor re: 363 sale.

5/23/18  Email C. George, atty for Center State Bank secured creditor re: 363 sale.
5/23/18  Met with J Harris, appraiser for Center State Bank re: appraising property

6/19/18  Email C. George & J Dicks, atty for Center State Bank secured creditor re: 363 sale.
6/21/18 Communications with J Harris re: appraisal of FF&E

6/28/18  Email C. George & J Dicks, atty for Center State Bank secured creditor re: 363 sale.
7/9/18 Communications with J Harris re: appraisal of FF&E

7/20/18  Email C. George & J Dicks, atty for Center State Bank secured creditor re: 363 sale.

7/30/18 Communications with J Harris re: appraisal of FF&E

8/1/18  Order approving employment of Jennis as spec. counsel.

8/23/18 Hearing re: motion lift stay Citizens Bank.
8/23/18  Discussion with my counsel re: 363 sale

8/31/18  Notice of Filing Assignment and Transfer of Security Interests.  Citizen's assigns thier sec int to CenterState Bank, N.A..

 9/11/18  Review/comment on draft motion for carve out forwarded to me by my counsel.

10/12/18 Order establishing bid, sale, and objection procedures and deadlines in connection with (I) Trustee's Motion to Sell Debtor's assets free and clear of all liens, claims and interests, (II) Trustee's Motion to value collateral and determine secured status of creditors and (III) Scheduling final hearing


Initial Projected Date of Final Report (TFR): 01/31/2020     Current Projected Date of Final Report (TFR): 07/31/2020

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-07887 | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Posto 9 Lakeland, LLC | Bank Name: | Axos Bank |
| | Posto 9 Properties, LLC | Account Number/CD#: | XXXXXX1025 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2782 | Blanket Bond (per case limit): | $3,802,000.00 |
| For Period Ending: | 03/31/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/06/19 | 21 | FORA FINANCIAL ADVANCE LLC | Fraudlent Recovery Document Number: 198 | 1141-000 | $7,500.00 | | $7,500.00 |
| 11/07/19 | 20 | KNIGHT CAPITAL LLC | Fraudlent Recovery Doc. #197 | 1141-000 | $15,795.44 | | $23,295.44 |
| 02/11/20 | 23 | FUNDRY LLC | Compromise 1/30/2020 Doc. #202 | 1141-000 | $1,500.00 | | $24,795.44 |
| 03/23/20 | 22 | National Funding, Inc. | Compromise 3/17/2020 Doc. #205 | 1241-000 | $3,000.00 | | $27,795.44 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $27,795.44 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $27,795.44 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $27,795.44 | $0.00 |

Page Subtotals: $27,795.44   $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1025 - Checking | $27,795.44 | $0.00 | $27,795.44 |
|  | $27,795.44 | $0.00 | $27,795.44 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $27,795.44 |
| Total Gross Receipts: | $27,795.44 |

Page Subtotals:  $0.00  $0.00