# UNITED STATES BANKRUPTCY COURT
MIDDLE **DISTRICT OF** FLORIDA
TAMPA **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Posto 9 Lakeland, LLC | § | Case No. 8:17-bk-07887-MGW |
| Posto 9 Properties, LLC | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Larry S. Hyman, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 813,667.76 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 1,595,970.11 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 189,167.81 | |

3) Total gross receipts of $1,785,137.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,785,137.92 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,421,379.11 | $4,379,398.64 | $3,381,154.67 | $1,592,145.50 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 132,156.66 | 130,206.66 | 130,206.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 58,961.15 | 58,961.15 | 58,961.15 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 66,490.74 | 159,308.00 | 159,308.00 | 3,824.61 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,363,829.81 | 4,890,322.53 | 4,890,322.53 | 0.00 |
| **TOTAL DISBURSEMENTS** | $4,851,699.66 | $9,620,146.98 | $8,619,953.01 | $1,785,137.92 |

4)  This case was originally filed under chapter 11 on 09/06/2017, and it was converted to chapter 7 on 05/11/2018.  The case was pending for 28 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/14/2020                    By:/s/Larry S. Hyman, Chapter 7 Trustee
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Property/215 E. Main St., Lakeland FL 33801 | 1110-000 | 1,500,000.00 |
| Chairs, cooler/freezer, dinnerwae - Portuguese, events etc. | 1129-000 | 250,000.00 |
| Hyman v. Capital Advance Services, LLC  8:19-ap-00456-MGW | 1141-000 | 1,500.00 |
| Fraudlent Transfer Knight Capital Funding, III, LLC | 1141-000 | 15,795.44 |
| Fraudulent Transfer Fora Financial Advance, LLC | 1141-000 | 7,500.00 |
| Insurance Refund | 1229-000 | 7,342.48 |
| Hyman v. Quick Bridge Funding, LLC  8:19-ap-00455-MGW | 1241-000 | 3,000.00 |
| TOTAL GROSS RECEIPTS | | $1,785,137.92 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Avon Leasing, Inc. | | 357,965.00 | NA | NA | 0.00 |
| | Avon Leasing, Inc. | | 43,346.00 | NA | NA | 0.00 |
| | Avon Leasing, Inc. | | 89,750.00 | NA | NA | 0.00 |
| | Capital Advance Services,LLC | | 163,030.00 | NA | NA | 0.00 |
| | CenterState Bank of FL, NA | | 431,245.05 | NA | NA | 0.00 |
| | CenterState Bank of FL, NA | | 1,104,125.00 | NA | NA | 0.00 |
| | Financial Pacific Leasing | | 53,994.00 | NA | NA | 0.00 |
| | Florida First Capital | | 770,000.00 | NA | NA | 0.00 |
| | Fora Financial Advance, LLC | | 39,593.00 | NA | NA | 0.00 |
| | Knight Capital Funding | | 294,190.00 | NA | NA | 0.00 |
| | National Millwork and Design | | 9,427.10 | NA | NA | 0.00 |
| | Pawnee Leasing Corp. | | 41,987.00 | NA | NA | 0.00 |
| | Quick Bridge Funding, LLC | | 17,567.00 | NA | NA | 0.00 |
| | Sysco Central Florida, Inc. | | 5,159.96 | NA | NA | 0.00 |
| 1 | CENTERSTATE BANK, N.A. | 4110-000 | NA | 1,210,455.51 | 1,200,000.00 | 1,200,000.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 - 17-07890 | CENTERSTATE BANK, N.A. | 4110-000 | NA | 1,360,998.54 | 345,377.15 | 345,377.15 |
| 2 - 17-07890 | CENTERSTATE BANK, N.A. | 4110-000 | NA | 435,658.07 | 435,658.07 | 0.00 |
| 21 | CITIZENS BANK & TRUST | 4110-000 | NA | 305,697.77 | 305,697.77 | 0.00 |
| 36 | CITIZENS BANK & TRUST | 4110-000 | NA | 89,750.00 | 89,750.00 | 0.00 |
| 23 | ENTERPRISE FLORIDA, INC. | 4110-000 | NA | 775,390.00 | 775,390.00 | 0.00 |
| 8 | FINANCIAL PACIFIC LEASING | 4110-000 | NA | 64,055.79 | 64,055.79 | 0.00 |
| 17 | FORA FINANCIAL ADVANCE, LLC | 4110-000 | NA | 39,609.24 | 39,609.24 | 0.00 |
| 12 | PAWNEE LEASING CORP. | 4110-000 | NA | 39,424.15 | 39,424.15 | 0.00 |
| 13 | PAWNEE LEASING CORP. | 4110-000 | NA | 39,424.15 | 39,424.15 | 0.00 |
| 24 | JOE G TEDDER, CFC | 4700-000 | NA | 9,757.97 | 20,994.89 | 20,994.89 |
| 25 | JOE G TEDDER, CFC | 4800-000 | NA | 9,177.45 | 25,773.46 | 25,773.46 |
| TOTAL SECURED CLAIMS | | | $3,421,379.11 | $4,379,398.64 | $3,381,154.67 | $1,592,145.50 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Larry S. Hyman, Trustee | 2100-000 | NA | 69,000.77 | 69,000.77 | 69,000.77 |
| Larry S. Hyman, Trustee | 2200-000 | NA | 702.86 | 702.86 | 702.86 |
| Title Insurance Fees | 2500-000 | NA | 17,854.50 | 17,854.50 | 17,854.50 |
| Bank Service Charges | 2600-000 | NA | 1,523.11 | 1,523.11 | 1,523.11 |
| Clerk of the Bankruptcy Court | 2700-000 | NA | 700.00 | 700.00 | 700.00 |
| Office of the United States Trustee | 2950-000 | NA | 1,950.00 | 1,950.00 | 1,950.00 |
| Jennis Law Firm | 3210-000 | NA | 35,442.00 | 33,492.00 | 33,492.00 |
| Jennis Law Firm | 3220-000 | NA | 3,464.82 | 3,464.82 | 3,464.82 |
| LARRY S. HYMAN, CPA | 3310-000 | NA | 1,505.00 | 1,505.00 | 1,505.00 |
| LARRY S. HYMAN, CPA | 3320-000 | NA | 13.60 | 13.60 | 13.60 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $132,156.66 | $130,206.66 | $130,206.66 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other Prior Chapter Professional Fees: Jennis Law Firm | 6700-000 | NA | 30,441.40 | 30,441.40 | 30,441.40 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Trade Debt: HALPERN'S STEAK AND SEAFOOD COMPANY, LLC | 6910-000 | NA | 11,309.83 | 11,309.83 | 11,309.83 |
| Prior Chapter Trade Debt: SYSCO CENTRAL FLORIDA, INC. | 6910-000 | NA | 17,209.92 | 17,209.92 | 17,209.92 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $58,961.15 | $58,961.15 | $58,961.15 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Florida Dept. of Revenue | | 27,882.22 | NA | NA | 0.00 |
| | Internal Revenue Service | | 38,550.77 | NA | NA | 0.00 |
| | Joe Teddar, Tax Collector | | 57.75 | NA | NA | 0.00 |
| 28 | ANGEL G. D. BUSTOS | 5300-000 | NA | 1,101.45 | 1,101.45 | 1,101.45 |
| 31 | DAVID L. PYLE | 5300-000 | NA | 164.61 | 164.61 | 164.61 |
| 29 | NICHOLAS V. QUIGLEY | 5300-000 | NA | 159.00 | 159.00 | 159.00 |
| 26 | STANLEY A. SIEDLECKI | 5300-000 | NA | 1,447.20 | 1,447.20 | 1,447.20 |
| 27 | YASSER SAVINON | 5300-000 | NA | 952.35 | 952.35 | 952.35 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11A | DEPARTMENT OF REVENUE | 5800-000 | NA | 110,569.51 | 110,569.51 | 0.00 |
| 30A | DEPARTMENT OF REVENUE | 5800-000 | NA | 6,223.19 | 6,223.19 | 0.00 |
| 5 - 17-07890 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| 7A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 38,690.69 | 38,690.69 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $66,490.74 | $159,308.00 | $159,308.00 | $3,824.61 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A Chair Affair | | 0.00 | NA | NA | 0.00 |
| | ADP, LLC | | 1,280.90 | NA | NA | 0.00 |
| | Alsco | | 0.00 | NA | NA | 0.00 |
| | Auto-Owners Insurance Co. | | 0.00 | NA | NA | 0.00 |
| | Background Checks Express | | 1,135.45 | NA | NA | 0.00 |
| | Boyer Construction | | 1,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CenterState Bank of FL, NA | | 201,222.23 | NA | NA | 0.00 |
| | CenterState Bank of FL, NA | | 200,703.78 | NA | NA | 0.00 |
| | Central Florida Basketball | | 1,000.00 | NA | NA | 0.00 |
| | City of Lakeland Finance | | 0.00 | NA | NA | 0.00 |
| | Coca-Cola Beverages Florida | | 0.00 | NA | NA | 0.00 |
| | Creative Chemistry, LLC | | 1,100.00 | NA | NA | 0.00 |
| | Ecolab EcoSure | | 575.00 | NA | NA | 0.00 |
| | Ecolab, Inc. | | 589.28 | NA | NA | 0.00 |
| | Florida Restaurant and Lodging Association | | 0.00 | NA | NA | 0.00 |
| | Forgue General Contracting | | 166,000.00 | NA | NA | 0.00 |
| | Forgue General Contracting | | 135,000.00 | NA | NA | 0.00 |
| | Gary and Naomi Boyer | | 19,250.00 | NA | NA | 0.00 |
| | Halpern's Steak | | 16,902.86 | NA | NA | 0.00 |
| | Heacock Family, LLC | | 50,000.00 | NA | NA | 0.00 |
| | Heacock Insurance Group, LLC | | 536.18 | NA | NA | 0.00 |
| | Humana, Inc. | | 4,719.93 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | John Goodard Produce | | 0.00 | NA | NA | 0.00 |
| | Kanga Marketing, LLC | | 3,500.00 | NA | NA | 0.00 |
| | La Dotta Coffee Importers | | 1,679.14 | NA | NA | 0.00 |
| | Lakeland Electric Company | | 0.00 | NA | NA | 0.00 |
| | Luke-Markee Living Trust | | 347,500.00 | NA | NA | 0.00 |
| | Marco Franca | | 33,476.05 | NA | NA | 0.00 |
| | Marco Franca | | 37,500.00 | NA | NA | 0.00 |
| | Marilyn's Linen & Weddings | | 0.00 | NA | NA | 0.00 |
| | Marlon Lynn Architect, PA | | 15,000.00 | NA | NA | 0.00 |
| | Metzler Advisory, LLC | | 2,400.00 | NA | NA | 0.00 |
| | Office Depot, Inc. | | 32.07 | NA | NA | 0.00 |
| | Patriot Coffee Roasters | | 0.00 | NA | NA | 0.00 |
| | Polk Arts Alliance | | 5,000.00 | NA | NA | 0.00 |
| | Posto Holdings, LLC | | 112,780.87 | NA | NA | 0.00 |
| | Premier Party Rentals | | 0.00 | NA | NA | 0.00 |
| | Regulatory Compliance Svs. | | 500.00 | NA | NA | 0.00 |
| | Restaurant Technologies, Inc | | 885.12 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Seven One Seven Parking | | 1,913.78 | NA | NA | 0.00 |
| | Southside Cleaners, Inc. | | 0.00 | NA | NA | 0.00 |
| | Spectum Business | | 0.00 | NA | NA | 0.00 |
| | The Ledger | | 174.50 | NA | NA | 0.00 |
| | Tower Hill Prime Insurance | | 0.00 | NA | NA | 0.00 |
| | Worldpay | | 472.67 | NA | NA | 0.00 |
| 15 | BOYER BUILDING CORPORATION | 7100-000 | NA | 6,563.74 | 6,563.74 | 0.00 |
| 2 | CENTERSTATE BANK, N.A. | 7100-000 | NA | 435,658.07 | 435,658.07 | 0.00 |
| 3 | CENTERSTATE BANK, N.A. | 7100-000 | NA | 202,098.13 | 202,098.13 | 0.00 |
| 3 - 17-07890 | CENTERSTATE BANK, N.A. | 7100-000 | NA | 202,098.13 | 202,098.13 | 0.00 |
| 4 | CENTERSTATE BANK, N.A. | 7100-000 | NA | 202,405.56 | 202,405.56 | 0.00 |
| 4 - 17-07890 | CENTERSTATE BANK, N.A. | 7100-000 | NA | 202,405.56 | 202,405.56 | 0.00 |
| 20 | CENTRAL FLORIDA BASKETBALL | 7100-000 | NA | 50,000.00 | 50,000.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 22 | CITIZENS BANK & TRUST | 7100-000 | NA | 305,697.77 | 305,697.77 | 0.00 |
| 6 - 17-07890 | CITIZENS BANK & TRUST | 7100-000 | NA | 305,697.77 | 305,697.77 | 0.00 |
| 9 | EMPLOYERS PREFERRED INSURANCE COMPANY | 7100-000 | NA | 5,113.00 | 5,113.00 | 0.00 |
| 32 | EVENTUAL LLC | 7100-000 | NA | 120,000.00 | 120,000.00 | 0.00 |
| 33 | FORD HEACOCK III | 7100-000 | NA | 106,752.00 | 106,752.00 | 0.00 |
| 35 | FORD HEACOCK III | 7100-000 | NA | 25,000.00 | 25,000.00 | 0.00 |
| 14 | GARY M. BOYER | 7100-000 | NA | 2,009,729.15 | 2,009,729.15 | 0.00 |
| 5 | HALPERN"S STEAK | 7100-000 | NA | 24,854.89 | 24,854.89 | 0.00 |
| 34 | HEACOCK FAMILY, LLC | 7100-000 | NA | 25,000.00 | 25,000.00 | 0.00 |
| 16 | KNIGHT CAPITAL FUNDING III, LLC | 7100-000 | NA | 287,208.28 | 287,208.28 | 0.00 |
| 18 | LUKE-MARKEE LIVING TRUST | 7100-000 | NA | 340,952.63 | 340,952.63 | 0.00 |
| 19 | MARLON LYNN ARCHITECT, P.A. | 7100-000 | NA | 15,000.00 | 15,000.00 | 0.00 |
| 10 | THE LEDGER | 7100-000 | NA | 179.74 | 179.74 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11B | DEPARTMENT OF REVENUE | 7300-000 | NA | 11,498.34 | 11,498.34 | 0.00 |
| 30A | DEPARTMENT OF REVENUE | 7300-000 | NA | 348.00 | 348.00 | 0.00 |
| 7B | INTERNAL REVENUE SERVICE | 7300-000 | NA | 6,061.77 | 6,061.77 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $1,363,829.81 | $4,890,322.53 | $4,890,322.53 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-07887 | MGW | Judge: | Michael G. Williamson | | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|---|---|---|---|

Case Name:    Posto 9 Lakeland, LLC            Date Filed (f) or Converted (c):   05/11/2018 (c)

       Posto 9 Properties, LLC           341(a) Meeting Date:   06/12/2018

For Period Ending:   08/14/2020              Claims Bar Date:   07/20/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Checking - Citizen's Bank and Trust | 0.00 | 0.00 | | 0.00 | FA |
| 2.  Checking - CenterState Bank | 0.00 | 0.00 | | 0.00 | FA |
| 3.  DEPOSIT - Security w/ Lakeland Electrice | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 4.  Account Receivbles | 12,293.74 | 12,293.74 | | 0.00 | FA |
| 5.  Inventory (see attached list) | 5,199.96 | 5,199.96 | | 0.00 | FA |
| 6.  Inventory #2 (see attached list of beverage control) | 27,148.94 | 27,148.94 | | 0.00 | FA |
| 7.  BOOK Value | 39,105.60 | 39,105.60 | | 0.00 | FA |
| 8.  Office Equipment | 16,649.65 | 16,649.65 | | 0.00 | FA |
| 9.  Other machinery; fixtures and equipment | 3,127.61 | 3,127.61 | | 0.00 | FA |
| 10.  5 - 4500 Lumen projectors, 5 chief projector etc. | 89,750.00 | 89,750.00 | | 0.00 | FA |
| 11.  3 Sous Vide cooker, food packing machine, etc | 43,346.00 | 43,346.00 | | 0.00 | FA |
| 12.  Sandwich/Salad prepartion refrigerators, food etc. | 357,965.00 | 357,965.00 | | 0.00 | FA |
| 13.  Website | 0.00 | Unknown | | 0.00 | FA |
| 14.  Licenses, franchises, and royalties - Liquor License | 515.00 | 515.00 | | 0.00 | FA |
| 15.  CUSTomer mailing list | 0.00 | Unknown | | 0.00 | FA |
| 16.  Chairs, cooler/freezer, dinnerwae - Portuguese, events etc. | 464,893.35 | 464,893.35 | | 250,000.00 | FA |
| 17.  70 Side chairs, 35 tub arm chairs, 15 bar stools | 41,987.00 | 41,987.00 | | 0.00 | FA |
| 18.  Walk in cooler / freezer, Lucaya armless chair and etc. | 53,994.00 | 53,994.00 | | 0.00 | FA |
| 19.  Millwork - bars/tables, granite, interior decoration - barn | 88,585.26 | 88,585.26 | | 0.00 | FA |
| 20.  Fraudlent Transfer Knight Capital Funding, III, LLC (u)  <br><br> 11/9/19  Order Granting Motion to Approve Compromise or Settlement with Chapter 7 Trustee and Knight Capital Funding III, LLC | 0.00 | 0.00 | | 15,795.44 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-07887 | MGW | Judge: | Michael G. Williamson | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Posto 9 Lakeland, LLC | | | | Date Filed (f) or Converted (c): | 05/11/2018 (c) |
| | Posto 9 Properties, LLC | | | | 341(a) Meeting Date: | 06/12/2018 |
| For Period Ending: | 08/14/2020 | | | | Claims Bar Date: | 07/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 21.  Fraudulent Transfer Fora Financial Advance, LLC (u)<br><br>11/6/19 Order Granting Motion to Approve Compromise or Settlement with Chapter 7 Trustee and FORA Financial Advance LLC | 0.00 | 0.00 | | 7,500.00 | FA |
| 22.  Hyman v. Quick Bridge Funding, LLC 8:19-ap-00455-MGW (u)<br><br>9/6/19 Complaint by Larry Hyman against Quick Bridge Funding, LLC<br><br>1/28/2020 Agreed to $3K settlement<br><br>2/19/2020 Motion to Approve Compromise of Controversy or Settlement Agreement.<br><br>3/17/2020 Order Granting Motion to Approve Compromise or Settlement | 0.00 | 0.00 | | 3,000.00 | FA |
| 23.  Hyman v. Capital Advance Services, LLC 8:19-ap-00456-MGW (u)<br><br>9/6/19  Complaint by Larry Hyman against Capital Advance Services, LLC<br><br>11/11/19 Motion to Approve Compromise of Controversy or Settlement Agreement<br><br>1/30/2020  Order Granting Motion to Approve Compromise or Settlement | 0.00 | 0.00 | | 1,500.00 | FA |
| 24.  Insurance Refund (u) | 0.00 | 0.00 | | 7,342.48 | FA |
| 25.  Real Property/215 E. Main St., Lakeland FL 33801 | 2,390,000.00 | 2,390,000.00 | | 1,500,000.00 | FA |
| 26.  Potential Claim For Rents<br><br>From Posto 9 Lakeland LLC | 29,000.00 | 29,000.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $3,668,561.11      $3,668,561.11      $1,785,137.92      $0.00

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

5/11/18  Tel. conf C. George, atty for Center State Bank secured creditor re: 363 sale.

5/18/18  Email C. George, atty for Center State Bank secured creditor re: 363 sale.

5/23/18  Email C. George, atty for Center State Bank secured creditor re: 363 sale.
5/23/18  Met with J Harris, appraiser for Center State Bank re: appraising property

6/19/18  Email C. George & J Dicks, atty for Center State Bank secured creditor re: 363 sale.
6/21/18 Communications with J Harris re: appraisal of FF&E

6/28/18  Email C. George & J Dicks, atty for Center State Bank secured creditor re: 363 sale.
7/9/18 Communications with J Harris re: appraisal of FF&E

7/20/18  Email C. George & J Dicks, atty for Center State Bank secured creditor re: 363 sale.

7/30/18  Communications with J Harris re: appraisal of FF&E

8/1/18  Order approving employment of Jennis as spec. counsel.

8/23/18  Hearing re: motion lift stay Citizens Bank.
8/23/18  Discussion with my counsel re: 363 sale

8/31/18  Notice of Filing Assignment and Transfer of Security Interests.  Citizen's assigns thier sec int to CenterState Bank, N.A..

9/11/18  Review/comment on draft motion for carve out forwarded to me by my counsel.

10/12/18 Order establishing bid, sale, and objection procedures and deadlines in connection with (I) Trustee's Motion to Sell Debtor's assets free and clear of all liens, claims and interests, (II) Trustee's Motion to value collateral and determine secured status of creditors and (III) Scheduling final hearing

Initial Projected Date of Final Report (TFR): 01/31/2020      Current Projected Date of Final Report (TFR): 07/31/2020

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 17-07887 | Trustee Name: Larry S. Hyman, Chapter 7 Trustee | Exhibit 9 |
| Case Name: Posto 9 Lakeland, LLC | Bank Name: Axos Bank | |
| Posto 9 Properties, LLC | Account Number/CD#: XXXXXX1025 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2782 | Blanket Bond (per case limit): $3,802,000.00 | |
| For Period Ending: 08/14/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/06/19 | 21 | FORA FINANCIAL ADVANCE LLC | Fraudlent Recovery Document Number: 198 | 1141-000 | $7,500.00 | | $7,500.00 |
| 11/07/19 | 20 | KNIGHT CAPITAL LLC | Fraudlent Recovery Doc. #197 | 1141-000 | $15,795.44 | | $23,295.44 |
| 02/11/20 | 23 | FUNDRY LLC | Compromise 1/30/2020 Doc. #202 | 1141-000 | $1,500.00 | | $24,795.44 |
| 03/23/20 | 22 | National Funding, Inc. | Compromise 3/17/2020 Doc. #205 | 1241-000 | $3,000.00 | | $27,795.44 |
| 04/07/20 | 24 | Jennis Law Firm | INSURANCE REFUND | 1229-000 | $7,342.48 | | $35,137.92 |
| 04/13/20 | | Jennis Law Firm/Posto 9 Properties LLC | TRANSFER OF FUNDS | | $138,476.89 | | $173,614.81 |
| | | | Gross Receipts $1,750,000.00 | | | | |
| | | CENTERSTATE BANK, N.A. c/o CHRISTIAN P. GEORGE, ESQ. AKERMAN LLP 50 N. LAURA ST., SUITE 3100 JACKSONVILLE, FL 32202 | Lien Satisfaction ($1,200,000.00) | 4110-000 | | | |
| | | CENTERSTATE BANK, N.A. c/o CHRISTIAN P. GEORGE, ESQ. AKERMAN LLP 50 N. LAURA ST., SUITE 3100 JACKSONVILLE, FL 32202 | Lien Satisfaction ($345,377.15) | 4110-000 | | | |
| | | JOE G TEDDER, CFC POLK COUNTY TAX COLLECTOR ENFORCEMENT AND SECURITY PO BOX 2016, BARTOW, FL 33831 | Real Estate Taxes ($20,994.89) | 4700-000 | | | |
| | | JOE G TEDDER, CFC POLK COUNTY TAX COLLECTOR ENFORCEMENT AND SECURITY PO BOX 2016, BARTOW, FL 33831 | TAngible Taxes ($25,773.46) | 4800-000 | | | |
| | | Title Insurance Fees | Closing Costs ($17,854.50) | 2500-000 | | | |
| | | Bank Service Charges | Bank Service Charges ($1,523.11) | 2600-000 | | | |

Page Subtotals: $173,614.81 $0.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-07887

Case Name: Posto 9 Lakeland, LLC

Posto 9 Properties, LLC

Taxpayer ID No: XX-XXX2782

For Period Ending: 08/14/2020

Trustee Name: Larry S. Hyman, Chapter 7 Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX1025

Checking

Blanket Bond (per case limit): $3,802,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 16 | | Chairs, cooler/freezer, dinnerwae - Portuguese, events etc. | $250,000.00 | 1129-000 | | | |
| | 25 | | Real Property/215 E. Main St., Lakeland FL 33801 | $1,500,000.00 | 1110-000 | | | |
| 06/05/20 | 2001 | Larry S. Hyman, Trustee PO BOX 18625, TAMPA, FL 33679 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $69,000.77 | $104,614.04 |
| 06/05/20 | 2002 | Larry S. Hyman, Trustee PO BOX 18625, TAMPA, FL 33679 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $702.86 | $103,911.18 |
| 06/05/20 | 2003 | Clerk of the Bankruptcy Court Sam M. Gibbons United States Courthouse 801 N. Florida Aveue, Suite 555 Tampa, FL 33602-+3899 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2700-000 | | $700.00 | $103,211.18 |
| 06/05/20 | 2004 | Office of the United States Trustee Timberlake Annex, Suite 1200 501 E Polk Street Tampa, FL 33602 | Final distribution to claim 7 creditor account # representing a payment of 100.00 % per court order. | 2950-000 | | $325.00 | $102,886.18 |
| 06/05/20 | 2005 | Office of the United States Trustee Timberlake Annex, Suite 1200 501 E Polk Street Tampa, FL 33602 | Final distribution to claim 37 creditor account # representing a payment of 100.00 % per court order. | 2950-000 | | $1,625.00 | $101,261.18 |
| 06/05/20 | 2006 | Jennis Law Firm 606 East Madison Street Tampa, FL 33602 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3210-000 | | $33,492.00 | $67,769.18 |
| 06/05/20 | 2007 | Jennis Law Firm 606 East Madison Street Tampa, FL 33602 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3220-000 | | $3,464.82 | $64,304.36 |

Page Subtotals: $0.00   $109,310.45

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-07887

Case Name: Posto 9 Lakeland, LLC

Posto 9 Properties, LLC

Taxpayer ID No: XX-XXX2782

For Period Ending: 08/14/2020

Trustee Name: Larry S. Hyman, Chapter 7 Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX1025

Checking

Blanket Bond (per case limit): $3,802,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/20 | 2008 | LARRY S. HYMAN, CPA P.O. BOX 18625 TAMPA, FL 33679 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3310-000 | | $1,505.00 | $62,799.36 |
| 06/05/20 | 2009 | LARRY S. HYMAN, CPA P.O. BOX 18625 TAMPA, FL 33679 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3320-000 | | $13.60 | $62,785.76 |
| 06/05/20 | 2010 | Jennis Law Firm 606 East Madison Street Tampa, FL 33602 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6700-000 | | $14,954.84 | $47,830.92 |
| 06/05/20 | 2011 | Jennis Law Firm 606 East Madison Street Tampa, FL 33602 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6700-000 | | $15,486.56 | $32,344.36 |
| 06/05/20 | 2012 | SYSCO CENTRAL FLORIDA, INC. 200 W. STORY RD. OCOEE, FL 34761 | Final distribution to claim 6 creditor account # representing a payment of 100.00 % per court order. | 6910-000 | | $17,209.92 | $15,134.44 |
| 06/05/20 | 2013 | HALPERN'S STEAK AND SEAFOOD COMPANY, LLC Brad W. Hissing Wetherington Hamilton, PA 1010 North Florida Ave. Tampa, FL 33602 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6910-000 | | $11,309.83 | $3,824.61 |
| 06/05/20 | 2014 | STANLEY A. SIEDLECKI 4822 MELODY LANE LAKELAND, FL 33805 | Final distribution to claim 26 creditor account # representing a payment of 100.00 % per court order. | 5300-000 | | $1,447.20 | $2,377.41 |
| 06/05/20 | 2015 | YASSER SAVINON 404 EASTWAY DR LAKELAND, FL 33803 | Final distribution to claim 27 creditor account # representing a payment of 100.00 % per court order. | 5300-000 | | $952.35 | $1,425.06 |
| 06/05/20 | 2016 | ANGEL G. D. BUSTOS 17107 SPERRY LANDING DRIVE HOUSTON TX 77095 | Final distribution to claim 28 creditor account # representing a payment of 100.00 % per court order. | 5300-000 | | $1,101.45 | $323.61 |

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Page Subtotals: $0.00 $63,980.75

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 17-07887
Case Name: Posto 9 Lakeland, LLC
Posto 9 Properties, LLC

Taxpayer ID No: XX-XXX2782
For Period Ending: 08/14/2020

Trustee Name: Larry S. Hyman, Chapter 7 Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX1025
Checking
Blanket Bond (per case limit): $3,802,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/20 | 2017 | NICHOLAS V. QUIGLEY 622 HAMILTON COURT TRAPPE PA 19426 | Final distribution to claim 29 creditor account # representing a payment of 100.00 % per court order. | 5300-000 | | $159.00 | $164.61 |
| 06/05/20 | 2018 | DAVID L. PYLE 2880 VINTAGE LOOP LAKELAND, FL 33812 | Final distribution to claim 31 creditor account # representing a payment of 100.00 % per court order. | 5300-000 | | $164.61 | $0.00 |
| 06/07/20 | 2001 | Larry S. Hyman, Trustee PO BOX 18625, TAMPA, FL 33679 | Final distribution creditor account # representing a payment of 100.00 % per court order. Reversal Damaged Check | 2100-000 | | ($69,000.77) | $69,000.77 |
| 06/07/20 | 2019 | Larry S. Hyman, Trustee PO BOX 18625, TAMPA, FL 33679 | Distribution | 2100-000 | | $10,000.00 | $59,000.77 |
| 06/07/20 | 2020 | Larry S. Hyman, Trustee PO BOX 18625, TAMPA, FL 33679 | Distribution | 2100-000 | | $10,000.00 | $49,000.77 |
| 06/07/20 | 2021 | Larry S. Hyman, Trustee PO BOX 18625, TAMPA, FL 33679 | Distribution | 2100-000 | | $10,000.00 | $39,000.77 |
| 06/07/20 | 2022 | Larry S. Hyman, Trustee PO BOX 18625, TAMPA, FL 33679 | Distribution | 2100-000 | | $10,000.00 | $29,000.77 |
| 06/07/20 | 2023 | Larry S. Hyman, Trustee PO BOX 18625, TAMPA, FL 33679 | Distribution | 2100-000 | | $10,000.00 | $19,000.77 |
| 06/07/20 | 2024 | Larry S. Hyman, Trustee PO BOX 18625, TAMPA, FL 33679 | Distribution | 2100-000 | | $10,000.00 | $9,000.77 |
| 06/07/20 | 2025 | Larry S. Hyman, Trustee PO BOX 18625, TAMPA, FL 33679 | Distribution | 2100-000 | | $9,000.77 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $173,614.81 | $173,614.81 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $173,614.81 | $173,614.81 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $173,614.81 | $173,614.81 |

Page Subtotals:                           $0.00          $323.61

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1025 - Checking | $173,614.81 | $173,614.81 | $0.00 |
|  | $173,614.81 | $173,614.81 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $1,611,523.11 |
|---|---|
| Total Net Deposits: | $173,614.81 |
| Total Gross Receipts: | $1,785,137.92 |

Page Subtotals:                                    $0.00          $0.00